

# IN THE
# TENTH COURT OF APPEALS

No. 10-09-00014-CR
No. 10-09-00015-CR

**ANTHONY KEITH SKIBELL,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

### From the 66th District Court
### Hill County, Texas
### Trial Court Nos. 34,670 and 34,671

## MEMORANDUM OPINION

Anthony Keith Skibell was placed on community supervision for two third degree felony convictions of Driving While Intoxicated. *See* TEX. PENAL CODE ANN. § 49.09(b) (Vernon Supp. 2008). His community supervision was revoked in both convictions. He filed a notice of appeal for each revocation. He has now filed a Motion to Dismiss Appeal in each appeal requesting this Court to withdraw the notices of appeal and dismiss the appeals. Skibell personally signed each motion to dismiss.

Accordingly, these appeals are dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed April 8, 2009
Do not publish
[CR25]